UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | 08 CR 559 |
| | ) | |
| MAURICE MORRIS. | ) | |
| | ) | |

**<u>Ruling on Defendant Maurice Morris' Motion For Reduction of Sentence</u>**

Defendant Maurice Morris has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to narcotics offenses. Because Defendant Maurice Morris was sentenced to a statutory mandatory minimum penalty, he is not eligible for a sentence reduction. Accordingly, Defendant Maurice Morris' motion for reduction of sentence is denied.

_____

Charles P. Kocoras
United States District Judge

Dated: 3/30/2015