UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE MORRIS | No. 08 CR 559<br><br>Judge John J. Tharp |

**RESPONSE OF THE UNITED STATES TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER SECTION 404 OF THE FIRST STEP ACT**

Defendant MAURICE MORRIS has filed a motion for reduction of sentence, pursuant to the First Step Act. The defendant's expected release date is December 16, 2019. At this time, the government has not received guidance from the Department of Justice as to how to proceed in this case. The government expects to be able to take a position by February 13, 2019.

                Respectfully submitted,

                JOHN R. LAUSCH JR.
                United States Attorney

By:   /s/ *Nathalina A. Hudson*
       NATHALINA A. HUDSON
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-1123

Dated: January 23, 2019